ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

JADE LYNNE CHING    5808
LAURA P. COUCH      7860
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:    jching@ahfi.com
          lcouch@ahfi.com

Attorneys for Defendant
EMC MORTGAGE CORPORATION and
Defendant/Third-Party Plaintiff
FREMONT INVESTMENT & LOAN
now known as FREMONT REORGANIZING CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BENJAMIN M. NARVAES and ELENA V. NARVAES,<br><br>           Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., NICHOLE K. BUENDIA, BLAKE SATO, IVONNE MACHADO and 808 HOME MORTGAGE, INC.<br><br>           Defendants. | Civil No. 08-00584 DAE KSC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES; ORDER**<br><br><br>Trial Date: November 3, 2009<br>Trial Judge:  The Honorable<br>           David Alan Ezra |
| BENJAMIN M. NARVAES and ELENA V. NARVAES,<br><br>           Plaintiffs,<br><br>    vs.<br><br>EMC MORTGAGE CORPORATION and FREMONT INVESTMENT AND LOAN,<br><br>           Defendants. | Civil No. 07-00621 BMK |

FREMONT INVESTMENT AND LOAN,

        Third-Party
        Plaintiff,

  vs.

808 HOME MORTGAGE, INC.,
FIDELITY NATIONAL TITLE
INSURANCE COMPANY,

        Third-Party
        Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the parties hereto, through their respective counsel, that all claims and parties be dismissed with prejudice.

No other claims, parties or issues remain in this action and each party shall bear its own costs and attorneys' fees.

All parties who have appeared and remain in this action have signed this Stipulation.

This Court shall retain jurisdiction to enforce the settlement agreement in this case.

DATED: Honolulu, Hawai`i, November 18, 2009.

    /s/ JOHN HARRIS PAER
CHRISTIAN P. PORTER
JOHN HARRIS PAER
Attorneys for Plaintiffs
BENJAMIN M. NARVAES and
ELENA V. NARVAES

    /s/ LAURA P. COUCH
JADE LYNNE CHING
LAURA P. COUCH
DAVID E. AUSTIN
Attorneys for Defendant
EMC MORTGAGE CORPORATION and
Defendant/Third-Party Plaintiff
FREMONT INVESTMENT & LOAN, now
known as FREMONT REORGANIZING
CORPORATION

    /s/ HARVEY E. HENDERSON
HARVEY E. HENDERSON
Attorney for Third-Party Defendant
808 HOME MORTGAGE INC. and
Defendant BLAKE SATO

    /s/ WILLIAM M. HARSTAD
JOHN P. MANAUT
MELISSA H. LAMBERT
WILLIAM M. HARSTAD
Attorneys for Defendants
WELLS FARGO BANK, N.A. as Trustee
for Carrington Mortgage Loan Trust,
Series 2007-FRE1

                    /s/ JAMES A. STANTON
                    JAMES A. STANTON
                    Attorney for Defendant
                    IVONNE MACHADO

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, November 20, 2009.



_____
David Alan Ezra
United States District Judge

_____

*Benjamin M. Narvaes and Elena V. Narvaes v. EMC Mortgage Corporation, et al.*, Civ. No. 07-00621 BMK and *Benjamin M. Narvaes and Elena V. Narvaes v. Wells Fargo Bank, N.A., et al.*, Civ. No. 08-00584 DAE KSC; **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER**